1  SEAN P. NALTY (SBN 121253)
   CHARAN M. HIGBEE (SBN 148293)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant
6  LIFE INSURANCE COMPANY
   OF NORTH AMERICA
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY POWELL, | Case No.: CV08-03655 VRW |
| Plaintiff, | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** [Civil L.R. 3-16] |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive, | |
| Defendants. | Action Filed: June 24, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Connecticut General Corporation, a Connecticut corporation, is the parent company of defendant Life Insurance Company of North America. Connecticut General Corporation is a

---

1
**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case No. CV08-03655 VRW
368439.1

wholly-owned subsidiary of CIGNA Holdings, Inc. CIGNA Holdings, Inc. is a wholly-owned subsidiary of CIGNA Corporation.

Date: September 5, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:     /s/ Sean P. Nalty
SEAN P. NALTY
CHARAN M. HIGBEE
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

# CERTIFICATE OF SERVICE
*Beverly Powell v. Life Insurance Company of North America, et al.*
USDC NDCA Case #CV08-03655 VRW

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANT'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS [Civil L.R. 3-16]**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Frank N. Darras, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Tel:   (909) 390-3770
Fax:  (909) 974-2121

*Attorneys for Plaintiff BEVERLY POWELL*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **September 5, 2008** at San Francisco, California.

_____
Nancy Li

---

3
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
USDC NDCA Case No. CV08-03655 VRW
368439.1