FRANK N. DARRAS #128904
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: 909.390.3770
Facsimile: 909.974.2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY POWELL,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant | Case No: C 08-03655 VRW<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff BEVERLY POWELL, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

/ / /

/ / /

/ / /

- 1 -
STIP TO DISMISS

C 08-03655 VRW

1    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2    shall be dismissed with prejudice, each side to bear their own attorney fees and costs.
3
4    Dated: March 6, 2009          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
5
6                                  _____
                                    FRANK N. DARRAS
7                                   Attorneys for Plaintiff
                                    BEVERLY POWELL
8
9    Dated: March 11, 2009         WILSON, ELSER, MOSKOWITZ, EDELMAN &
10                                 DICKER LLP
11
12                                  /s/ Charan M. Higbee
                                   _____
                                   SEAN P. NALTY
13                                 CHARAN M. HIGBEE
                                   Attorneys for Defendant
14                                 LIFE INSURANCE COMPANY OF NORTH AMERICA
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
STIP TO DISMISS

C 08-03655 VRW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY POWELL,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant | Case No: C 08-03655 VRW<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 3/17/2009



IT IS SO ORDERED
Judge Vaughn R Walker

- 1 -
ORDER RE DISMISSAL

C 08-03655 VRW